# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| LM INSURANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-067 |
| | ) | |
| J.C.B. ROOFING-II, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On September 25, 2019, the Court conducted a settlement conference at which time the claims were resolved.  Doc. 17, doc. 18.  Since that time, no activity has occurred in the case.  The parties are **DIRECTED** to file a Joint Status Report within ten days of the date of this order indicating the status of the settlement negotiations.  Failure to do so will result in a recommendation of dismissal for failure to prosecute.  *See* S.D. Ga. L.R. 41.1.

**SO ORDERED,** this 13th day of October 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA